**1615** SCHMEDDING (Press Reporter) vs. MAY (County Clerk), No. 11736, 85 M., 1.

To compel respondent to submit to relator (a press reporter)

certain files, records and books in the county clerk's office for inspection.

Denied, with costs, February 27, 1891.